UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-690 (MJD/JGL)

ANTHONY ADANENE,

Plaintiff,

v.

WELLS FARGO BANK NATIONAL ASSOCIATION,

Defendant.

ORDER

**IT IS HEREBY ORDERED** that John Murrin, III shall be removed as attorney of record for plaintiff in the above-captioned matter and Anthony Adanene shall be listed as pro se. Mr. Adanene's mailing address is P.O. Box 17236, St. Paul, MN 55117 and his telephone number is 651-224-2122.

Dated: Aug. 15, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge

AUG 15 2001
Filed
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk