UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Anthony Adanene and
Universal Loving Care, Inc.,

Case No. 01-CV-690 (MJD/JGL)

Plaintiffs,

vs.

Wells Fargo Bank, a/k/a Norwest Bank
of Minnesota, N.A.,

Defendant.

---

# REPORT AND RECOMMENDATION

It is hereby recommended to the United States District Court that the case of Anthony Adanene be dismissed with prejudice for the following reasons:

1. Plaintiffs served the Complaint in Minnesota state court on March 28, 2001. Defendant filed its Notice of Removal and Answer in this Court on April 20, 2001.

2. Counsel for Plaintiff Anthony Adanene, John O. Murrin, Murrin Law Firm, filed his Withdrawal of Counsel on May 15, 2001. This Court filed its Order to Remove Counsel on August 15, 2001, and ordered that Plaintiff Anthony Adanene proceed *pro se.*

3. This Court ordered two scheduling conferences pursuant to Fed. R. Civ. P. 16 for August 15, 2001 and September 7, 2001. Plaintiff Anthony Adanene has failed to appear at either scheduling conference. Plaintiffs were given notice of the scheduling conference pursuant to the Local Rules. Plaintiffs have communicated no good reason for failing to appear, and the Court has given all due deference to Plaintiff Anthony Adanene's *pro se* status.

4. Defendant Wells Fargo Bank, a/k/a Norwest Bank of Minnesota, N.A. ("Wells Fargo") moved this Court for an Order to Show Cause why this Court should not recommend that this case be dismissed. This Court ordered Plaintiffs to Show Cause why this Court should not recommend that the above-entitled action be dismissed with prejudice, and Plaintiffs failed to appear at that hearing on October 10, 2001.

5. A dismissal on the merits is an appropriate sanction where a party fails to appear

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

at a pretrial conference pursuant to Fed. R. Civ. P. 16. *See Hall v. Flynn*, 829 F. Supp. 1401, 1403 (N.D. N.Y. 1993) (finding pro se civil action dismissed with prejudice where litigant failed to appear at discovery conference and great deference had already been given to litigant's *pro se* status); *see also Lucien v. Breweur*, 9 F.3d 26, 28 (7th Cir. 1993) (finding district court properly dismissed civil right's suit with prejudice where plaintiff refused to appear in person at final pretrial conference and noting functions of pretrial conference are more likely to be accomplished if counsel and unrepresented parties are present).

Dated: OCT. 10, 2001

U.S. Magistrate Judge Jonathan Lebedoff

Under D.Minn. LR72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by OCT. 26, 2001, a writing which specifically identifies those portions of this report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the court of appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500